**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 20th day of October, two thousand and sixteen,

_____

Lawrence E. Gilder,

    Plaintiff - Appellant,

v.

John P. Gulino, both individually and in his capacity as the Chairman of Democratic Committee of Richmond County, Democratic Committee of Richmond County, Board of Elections in the City of New York, Clerk 1, Clerk 2 and Clerk 3, said names being as of yet unidentified parties, John and Jane Does 1-10, said names being fictitious, XYZ Entities 1-10, said names being fictitious,

    Defendants - Appellees.

_____

**ORDER**
Docket Number: 16-3377

A notice of appeal was filed on October 4, 2016. Appellant's Form C and Form D were due. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective November 3, 2016 if Form C and Form D are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 12/13/2016**